AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Columbia

In the Matter of the )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 19-sw-34
APPLICATION OF THE UNITED STATES OF AMERICA FOR A )
SEARCH WARRANT FOR THE CHEEK CELLS/SALIVA )
(BUCCAL SWAB) OF ANTWAUN LEVON JOHNSON, DOB )
06/03/1994

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A incorporated herein.

located in the _____ District of _____ Columbia _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Firearms and ammunition offenses |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under
18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Matthew Hopkins
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means).*

Date:  ____02/01/2019____

_____
*Judge's signature*

City and state:  Washington, D.C. _____

Magistrate Judge Deborah A. Robinson
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ☑ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| In the Matter of the | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )   Case No.   19-sw-34 |
| APPLICATION OF THE UNITED STATES OF AMERICA FOR A | ) |
| SEARCH WARRANT FOR THE CHEEK CELLS/SALIVA (BUCCAL | ) |
| SWAB) OF ANTWAUN LEVON JOHNSON, DOB 06/03/1994 | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

     An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Columbia_____
*(identify the person or describe the property to be searched and give its location)*:

    See Attachment A incorporated herein.

    I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

    See Attachment B incorporated herein.

    **YOU ARE COMMANDED** to execute this warrant on or before _____February 15, 2019_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

    Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

    The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Deborah A. Robinson_____ .
*(United States Magistrate Judge)*

    ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   ___2/1/2019_____

City and state:   Washington, D.C. _____          ___Deborah A. Robinson, Magistrate Judge___
                                                          *Judge's signature*

                                                            *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br> 19-sw-34 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

            _____
                  *Executing officer's signature*

            _____
                   *Printed name and title*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE          :
APPLICATION OF THE UNITED     :     NO. 19-sw-34
STATES OF AMERICA FOR A       :
SEARCH WARRANT FOR THE CHEEK  :     UNDER SEAL
CELLS/SALIVA (BUCCAL SWAB) OF :
ANTWAUN LEVON JOHNSON, DOB    :
06/03/1994                    :

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Matthew S. Hopkins, ("your affiant"), Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), Washington Field Division, Washington D.C., being duly sworn, hereby depose and state that:

### INTRODUCTION

1.      Your affiant has been a Special Agent with the ATF since January 2016 and is an investigative law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code, and am empowered by law to conduct investigations and to make arrests for the offenses enumerated in Section 2516 of Title 18, United States Code.

2.      Your affiant has received training and experience in interviewing and interrogation techniques, surveillance techniques, arrest procedures, search and seizure, and asset forfeiture, and in gang, organized crime, money laundering, firearms possession and trafficking investigation, and drug investigations, including the possession with intent to distribute and distribution of controlled substances, and conspiracies and offenses associated with the foregoing criminal offenses which are prohibited by Title 21, United States Code, Sections 841(a), 843(b), and 846, and Title 18, United States Code, Sections 922 and 924, 1956 and 1957.

3.      Your affiant's training includes successful completion of the Criminal Investigator Training Program instructed by the Federal Law Enforcement Training Center ("FLETC"), and the

1

Special Agent Basic Training, instructed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives National Academy, both are located at FLETC, Glynco, Georgia. Additionally, your affiant was a sworn Police Officer, with the United States Park Police ("USPP"), Washington, D.C., from May 2010 until January 2016. Your affiant successfully completed the Uniformed Police Training Program, instructed by FLETC, and Agency Specific Basic training program for the USPP.

4.      Your affiant has successfully completed numerous training programs hosted by ATF, the Federal Law Enforcement Training Center, and other local/state/federal law enforcement agencies and organizations. Your affiant has received specialized training in the investigation of state and federal crimes involving the trafficking of firearms and controlled substances. Your affiant has participated in numerous drug and firearm trafficking investigations that resulted in the arrest of numerous subjects, the seizure of property and assets, and the seizure of controlled substances and firearms.

5.      This affidavit does not contain every fact known to your affiant regarding this investigation, but rather contains information necessary to demonstrate probable cause in support of the above-referenced search warrant. The facts and information contained in this affidavit are based on your affiant's personal knowledge and information obtained from federal, state, and local law enforcement officers. All observations referenced in this affidavit, that your affiant did not personally make, were relayed to your affiant by the persons who made such observations or in reports that detailed the events described by those persons

6.      On the basis of this familiarity, and on the basis of other information which I have reviewed and determined to be reliable, I allege the facts to show there is probable cause to believe that evidence of violations of 18 U.S.C. § 922(g)(1) (firearms and ammunition offenses)

2

(collectively, the "target offense") (as described below), will be found located in the cheek cells/saliva (buccal swab[1]) of **ANTWAUN LEVON JOHNSON ("JOHNSON")**.

## PROBABLE CAUSE

### *Background*

7.     On September 7, 2016, your affiant initiated an investigation on a suspected straw purchaser, Dalonta Jackson ("Jackson"), of two Glock firearms from a Federal Firearms Licensee ("FFL") located in the Eastern District of Virginia.

8.     One of the firearms that your affiant is investigating was recovered by Washington D.C. Metropolitan Police Department ("MPD") officers on August 19, 2016 during a search warrant of an unrelated residence. Melsun Perry ("Perry") was subsequently arrested and charged with possessing the aforementioned firearm. During ATF's investigation of this firearm, it was determined that Jackson and Perry were associated with a Washington, D.C. music group known as "LeggTeam." Further investigation revealed that an individual later identified as Curtis Aiken ("Aiken") was also associated with "LeggTeam." As a result of this information, law enforcement began to preliminarily investigate the music group for criminal activity. Law enforcement reviewed public social media posts as part of this preliminary investigation.

9.     In February 2018, your affiant began reviewing Aiken's public posts on Instagram. As a result, your affiant located multiple videos—posted on Instagram and other social media websites (e.g., YouTube and Facebook)—of an individual who identified himself as "Big Don Bino."

---

[1] As the Supreme Court has recognized, a "buccal swab" is a "common procedure" that involves "wiping a small piece of filter paper or a cotton swab similar to a Q-tip against the inside cheek of an individual's mouth to collect some skin cells." *Maryland v. King*, 133 S. Ct. 1958, 1967-68. This procedure is "quick and painless" and poses "no threat to the health or safety" of a defendant. *Id.* at 1968.

10.     Your affiant contacted and later met with MPD Officer Herman Kelly, a member of the 7th District Crime Suppression Team ("7D CST")—whose primary objective, among others, is to deter and investigate crimes involving firearms—for assistance identifying the individual known as "Big Don Bino." Officer Kelly was able to identify "Big Don Bino" as James Todd ("Todd"). Officer Kelly has had numerous police contacts with both Todd and Aiken during his regular police patrol. Your affiant learned that Officer Kelly and other members of the 7D CST have been following Aiken, Todd, and their associates' social media pages for criminal activity in an attempt to deter and proactively patrol their area of responsibility as police officers. In many of Aiken's posts, particularly to his Instagram page, there are multiple videos and photographs showing Aiken, Todd, and their associates displaying firearms.

11.     Through continued observations of Todd's Instagram account, law enforcement obtained the Instagram usernames (also known as "handles") of other persons associated with Todd. The Instagram usernames of Todd's associates all had a common theme—the names utilized the acronym "OTD" (meaning "Only Tha Dons"), "Don," or some variation of "OTD" or "Don." One Instagram name that followed this pattern is "bigdonshootdawg." Law enforcement began to observe bigdonshootdawg's social media postings.

### *"Bigdonshootdawg" Search Warrant and Arrest*

12.     On November 9, 2018, the Honorable Thomas M. DiGirolmao, U.S. Magistrate Judge of the District of Maryland, signed a search warrant for the known residence of **JOHNSON**, 4624 Raleigh Road, Temple Hills Maryland, 20748. Reference Case No. TMD 18-3102. Your affiant incorporates that warrant by reference (*see* attached Exhibit 1).

13.     On November 15, 2018, law enforcement executed the above-mentioned search warrant and recovered the following items from the basement near where mail matter and clothing for **JOHNSON** was located[2]:

    a.    Detlon, DTI15, 5.56 caliber rifle, bearing serial number DTI-S113775, with a magazine containing 22 rounds of .223 caliber ammunition.

    b.    Sig Sauer, P224, .40 caliber pistol, bearing serial number 50A001491, with a magazine containing three rounds of .40 caliber ammunition.

    c.    Extended rifle magazine with 42 round of 5.56 caliber ammunition.

    d.    Seven rounds of assorted ammunition

14.     During a recorded, post-arrest, interview **JOHNSON** made the following statements:

    e.    **JOHNSON** stated that he placed the pistol within the ceiling of the basement four years ago. **JOHNSON** also stated that he located several .357 ammunition rounds in his upstairs bedroom closet. When asked if his DNA would be on the ammunition, **JOHNSON** stated that it would.

    f.    **JOHNSON** stated that he found a Glock magazine in the basement under his clothes when he came home from jail.

    g.    **JOHNSON** stated that he touched the pistol and rifle three years ago. He also stated that his DNA would be on the rifle magazine because he placed it in the ceiling (where it was located).

    h.    **JOHNSON** stated that he was sleeping in the basement during the execution of the search warrant, heard a loud noise, and went up the stairs because he thought his mother had fallen down the stairs.

    i.    **JOHNSON** also confirmed that he wears a size 9 ½ shoe.

15.     Based on the foregoing information, your affiant obtained an Arrest Warrant via Criminal Complaint for **JOHNSON** for violations of 18 U.S.C. § 922(g)(1). The Honorable Thomas

---

[2] It should be noted that the mail matter for **JOHNSON** was not seized, though it was documented by law enforcement. **JOHNSON** was the only adult male occupant of the residence. Also located in the basement was male clothing associated to **JOHNSON** and size 9 ½ men's shoes consistent with **JOHNSON**'s shoe size.

J. Sullivan, U.S. District Court of Maryland, signed the Arrest Warrant on November 19, 2018. Case No. 18-3210-TJS.

16.     Following the November 15, 2018, search warrant, your affiant conducted National Crime Information Center ("NCIC") searches of the recovered firearms. Those checks revealed that both firearms were reported stolen. In particular, those database searches revealed the following:

   a.     The Delton, DTI15, 5.56 caliber rifle, bearing serial number DTI-S113775, was reported stolen to Prince Georges County, Maryland, Police Department on November 7, 2018.

   b.     The Sig Sauer, P224, .40 caliber pistol, bearing serial number 50A001491, was reported stolen to the Volusia County, Florida, Sherriff's Office on October 7, 2016.

17.     In the following days, ATF processed the evidence collected from the search warrant. During that time, your affiant transferred custody of the above-mentioned firearms to the United States Secret Service ("USSS") so Evidence Technicians could process the evidence for latent fingerprints and DNA evidence. On January 8, 2019, USSS completed processing and returned custody of the firearms to your affiant. USSS was able to successfully collected four DNA samples from both firearms.

18.     At the time of **JOHNSON**'s arrest on November 15, 2018, buccal swabs were not collected by law enforcement. However, your affiant believes there is probable cause to obtain a buccal swab to compare the DNA collected from the firearms and magazines discovered at 624 Raleigh Road, Temple Hills, Maryland, 20748 to **JOHNSON**'s DNA.

## CONCLUSION

17.    Base on the foregoing, there is probable cause to support this Court's issuance of the

requested warrants.

Matthew S. Hopkins, ATF Special Agent

THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA

7